UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. BONE,<br>      Petitioner,<br>v.<br>W. WILSON, et al.,<br>      Respondents. | Case No. 17-cv-01401-JCS (PR)<br><br>**JUDGMENT** |

This federal habeas corpus action having been dismissed, judgment is entered in favor of respondents.

**IT IS SO ORDERED.**

**Dated:** April 10, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. BONE,<br><br>    Plaintiff,<br><br>v.<br><br>W. WILSON, et al.,<br><br>    Defendants. | Case No. 17-cv-01401-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 10, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald D. Bone ID: ID: P-30877
Golden State Modified Community Correctional Facility
611 Frontage Road
McFarland, CA 93250

Dated: April 10, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO